UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 09-CV-3414 (DSD/JSM)

Nicholas Arend,

       Plaintiff,

v.

Law Office of James A. West P.C.,

       Defendant.

**ORDER FOR DISMISSAL WITH PREJUDICE**

## ORDER FOR JUDGMENT OF DISMISSAL

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint against Defendant on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

                    BY THE COURT

Dated:  March 4, 2010        s/David S. Doty
                                    David S. Doty, Judge
                                    United States District Court